**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LLOYD V. MURPHEY, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. ) | Case No. 4:11CV2114 JCH |

### PLAINTIFFS' RULE 41(a)(2) MOTION TO DISMISS
### DEFENDANT ST. JOHN'S MERCY HEALTH SYSTEM, INC.

COME NOW Plaintiffs, by and through their attorneys, and pursuant to Rule 41(a)(2) move this Court to Dismiss Defendant St. John's Mercy Health System, Inc. with prejudice.

                    WITZEL  KANZLER DIMMITT
                    KENNEY & KANZLER, LLC

By:   /s/ Richard C. Witzel
       Richard C. Witzel #22690
       David A. Dimmitt # 39555
       2001 S. Big Bend Blvd.
       St. Louis, MO  63117
       (314) 645-5367
       (314) 645-5387 (Fax)
       rwitzel@wkllc.com
       Attorneys for Plaintiff

## Certificate of Service

I hereby certify that on August 24, 2012 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system

CHRISTINA B. MOORE # 53917MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-3991
(314) 539-2777 FAX
christina.moore@usdoj.gov

James P. Reinert
222 South Central Avenue, Ste. 500
St. Charles, MO  63301-2890
(314) 880-8060
 (314) 880-8059 FAX
Email: jpr@grstllaw.com

Paul N. Venker
Michelle A. Hayde
100 N. Broadway, 21st Floor
St. Louis, MO 63102
(314) 345-5000
(314) 345-5055 FAX
pvenker@wvslaw.com
mhayde@wvslaw.com

James J. Hennelly
200 N. Third Street
St. Charles, MO 63301-2890
(636) 947-4700
(636) 947-1743 FAX
jhennelly@hazelwoodweber.com